

1707 Gold Dr
Fargo, ND 58103-0000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 02/01/2024 |
| Period End Date | 02/15/2024 |
| Pay Date | 02/21/2024 |
| Document | 11543 |
| **Net Pay** | **$1,641.24** |

## Pay Details

**Haley E Schilling**
1403 35th Ave SW
MINOT, ND 58701
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000083284 | | Pay Group | Dakota Square |
| SSN | XXX-XX-XXXX | | Location | Dakota Square Scheels |
| Job | Cashier Supervisor | | Department | CASH - Cashier |
| Pay Rate | $23.25 | | | |
| Pay Frequency | Semi-Monthly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Holiday-Hourly | 0.0000 | $0.00 | $372.00 |
| Overtime | 0.3000 | $10.46 | $48.12 |
| Paid Time Off-Hourly | 20.0000 | $465.00 | $930.00 |
| Regular Pay-Hourly | 64.9200 | $1,509.39 | $6,781.09 |
| Spot Award Pay-Hourly | 0.0000 | $0.00 | $15.00 |

**Total Hours** 85.2200

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Accident | No | $13.94 | $55.76 | $0.00 | $0.00 |
| STDI 66.67% | No | $14.47 | $54.52 | $0.00 | $0.00 |
| United Way | No | $18.00 | $69.00 | $0.00 | $0.00 |
| Vol Life EE | No | $8.00 | $32.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $137.35 | $574.21 |
| Employee Medicare | $28.78 | $118.12 |
| Social Security Employee Tax | $123.07 | $505.07 |
| ND State Income Tax | $0.00 | $1.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 128.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8463 | Checking | $50.00 |
| xxxxxxxx3301 | Checking | $1,591.24 |
| Total | | $1,641.24 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,984.85 | $1,984.85 | $289.20 | $54.41 | **$1,641.24** |
| YTD | $8,146.21 | $8,146.21 | $1,198.40 | $211.28 | $6,736.53 |



1707 Gold Dr
Fargo, ND 58103-0000

**Pay Statement**

Period Start Date 02/16/2024
Period End Date 02/29/2024
Pay Date 03/06/2024
Document 11758

**Net Pay** $1,567.97

## Pay Details

**Haley E Schilling**
1403 35th Ave SW
MINOT, ND 58701
USA

| | |
|---|---|
| Employee Number | 000083284 |
| SSN | XXX-XX-XXXX |
| Job | Cashier Supervisor |
| Pay Rate | $23.25 |
| Pay Frequency | Semi-Monthly |

| | |
|---|---|
| Pay Group | Dakota Square |
| Location | Dakota Square Scheels |
| Department | CASH - Cashier |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floor Managment-Hourly | | $30.00 | $30.00 |
| Holiday-Hourly | 0.0000 | $0.00 | $372.00 |
| Overtime | 0.0000 | $0.00 | $48.12 |
| Paid Time Off-Hourly | 4.0000 | $93.00 | $1,023.00 |
| Regular Pay-Hourly | 76.4200 | $1,776.76 | $8,557.85 |
| Spot Award Pay-Hourly | 0.0000 | $0.00 | $15.00 |
| Spot Award Tax-Hourly | | $25.00 | $25.00 |

**Total Hours** 80.4200

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Accident | No | $13.94 | $69.70 | $0.00 | $0.00 |
| Spot Award Tax | No | $25.00 | $25.00 | $0.00 | $0.00 |
| STDI 66.67% | No | $14.47 | $68.99 | $0.00 | $0.00 |
| United Way | No | $18.00 | $87.00 | $0.00 | $0.00 |
| Vol Life EE | No | $8.00 | $40.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $130.14 | $704.35 |
| Employee Medicare | $27.91 | $146.03 |
| Social Security Employee Tax | $119.33 | $624.40 |
| ND State Income Tax | $0.00 | $1.00 |

## Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| Paid Time Off | 0.0000 | 124.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8463 | Checking | $100.00 |
| xxxxxxxx3301 | Checking | $1,467.97 |
| Total | | $1,567.97 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,924.76 | $1,924.76 | $277.38 | $79.41 | **$1,567.97** |
| YTD | $10,070.97 | $10,070.97 | $1,475.78 | $290.69 | $8,304.50 |



1707 Gold Dr
Fargo, ND 58103-0000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/01/2024 |
| Period End Date | 03/15/2024 |
| Pay Date | 03/21/2024 |
| Document | 12140 |
| **Net Pay** | **$1,671.51** |

## Pay Details

**Haley E Schilling**
1403 35th Ave SW
MINOT, ND 58701
USA

| | | | | |
|---|---|---|---|---|
| Employee Number | 000083284 | | Pay Group | Dakota Square |
| SSN | XXX-XX-XXXX | | Location | Dakota Square Scheels |
| Job | Cashier Supervisor | | Department | CASH - Cashier |
| Pay Rate | $23.25 | | | |
| Pay Frequency | Semi-Monthly | | | |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floor Managment-Hourly | | $30.00 | $60.00 |
| Holiday-Hourly | 0.0000 | $0.00 | $372.00 |
| Overtime | 0.0000 | $0.00 | $48.12 |
| Paid Time Off-Hourly | 8.0000 | $186.00 | $1,209.00 |
| Regular Pay-Hourly | 77.7000 | $1,806.52 | $10,364.37 |
| Spot Award Pay-Hourly | 0.0000 | $0.00 | $15.00 |
| Spot Award Tax-Hourly | 0.0000 | $0.00 | $25.00 |

**Total Hours** 85.7000

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Accident | No | $13.94 | $83.64 | $0.00 | $0.00 |
| Spot Award Tax | No | $0.00 | $25.00 | $0.00 | $0.00 |
| STDI 66.67% | No | $14.47 | $83.46 | $0.00 | $0.00 |
| United Way | No | $18.00 | $105.00 | $0.00 | $0.00 |
| Vol Life EE | No | $8.00 | $48.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $141.87 | $846.22 |
| Employee Medicare | $29.33 | $175.36 |
| Social Security Employee Tax | $125.40 | $749.80 |
| ND State Income Tax | $0.00 | $1.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Paid Time Off | 48.0000 | 0.0000 | 116.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8463 | Checking | $100.00 |
| xxxxxxxx3301 | Checking | $1,571.51 |
| Total | | $1,671.51 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,022.52 | $2,022.52 | $296.60 | $54.41 | **$1,671.51** |
| YTD | $12,093.49 | $12,093.49 | $1,772.38 | $345.10 | $9,976.01 |



1707 Gold Dr
Fargo, ND 58103-0000

**Pay Statement**

| | |
|---|---|
| Period Start Date | 03/16/2024 |
| Period End Date | 03/31/2024 |
| Pay Date | 04/05/2024 |
| Document | 12350 |
| **Net Pay** | **$1,643.93** |

## Pay Details

**Haley E Schilling**
1403 35th Ave SW
MINOT, ND 58701
USA

| | |
|---|---|
| Employee Number | 000083284 |
| SSN | XXX-XX-XXXX |
| Job | Cashier Supervisor |
| Pay Rate | $23.25 |
| Pay Frequency | Semi-Monthly |

| | |
|---|---|
| Pay Group | Dakota Square |
| Location | Dakota Square Scheels |
| Department | CASH - Cashier |

## Earnings

| Pay Type | Hours | Current | YTD |
|---|---|---|---|
| Floor Managment-Hourly | | $15.00 | $75.00 |
| Holiday-Hourly | 0.0000 | $0.00 | $372.00 |
| Overtime | 0.0000 | $0.00 | $48.12 |
| Paid Time Off-Hourly | 8.0000 | $186.00 | $1,395.00 |
| Regular Pay-Hourly | 70.4700 | $1,638.43 | $12,002.80 |
| Spot Award Pay-Hourly | 0.0000 | $0.00 | $15.00 |
| Spot Award Tax-Hourly | | $5.00 | $30.00 |

**Total Hours** 78.4700

## Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| Accident | No | $13.94 | $97.58 | $0.00 | $0.00 |
| Spot Award Tax | No | $5.00 | $30.00 | $0.00 | $0.00 |
| STDI 66.67% | No | $14.47 | $97.93 | $0.00 | $0.00 |
| United Way | No | $18.00 | $123.00 | $0.00 | $0.00 |
| Vol Life EE | No | $8.00 | $56.00 | $0.00 | $0.00 |

## Taxes

| Tax | Current | YTD |
|---|---|---|
| Federal Income Tax | $0.00 | $846.22 |
| Employee Medicare | $26.74 | $202.10 |
| Social Security Employee Tax | $114.35 | $864.15 |
| ND State Income Tax | $0.00 | $1.00 |

## Paid Time Off

| Plan | Taken | Current | Balance |
|---|---|---|---|
| Paid Time Off | 56.0000 | 0.0000 | 108.0000 |

## Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxx8463 | Checking | $100.00 |
| xxxxxxxx3301 | Checking | $1,543.93 |
| Total | | $1,643.93 |

## Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $1,844.43 | $1,844.43 | $141.09 | $59.41 | **$1,643.93** |
| YTD | $13,937.92 | $13,937.92 | $1,913.47 | $404.51 | $11,619.94 |