**Newkota Services and Rentals**
925 72nd NE Ave
Minot, ND 58703

paylocity

Direct Deposit Advice

**Check Date**
February 16, 2024

**Voucher Number**
10936

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***3301 | 918.54 |
| **Total Direct Deposits** | | | **918.54** |

DIRECT DEPOSIT VOUCHER

97689   100   1842   10936   10145       97689

**William C Schilling**
1403 35th Ave SW
Minot, ND  58701

Non Negotiable - This is not a check - Non Negotiable

## Newkota Services and Rentals

**William C Schilling**                                                                 **Earnings Statement**

| Employee ID | **1842** | Fed Taxable Income | **696.14** | Check Date | **February 16, 2024** | Voucher Number | **10936** |
| Location | **100** | Fed Filing Status | **M** | Period Beginning | **January 21, 2024** | Net Pay | **918.54** |
| Hourly | **$18.00** | State Filing Status | **M** | Period Ending | **February 3, 2024** | Total Hours Worked | **0.00** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Admin Mile | 0.67 | 133.00 | 89.11 | 198.99 |
| Drive Time | 8.00 | 14.00 | 112.00 | 470.00 |
| ER Cost of | | 0.00 | 4.64 | 13.73 |
| ER Cost of | | 0.00 | 2.77 | 8.18 |
| Field | 18.00 | 51.00 | 918.00 | 3,738.00 |
| Overtime | | | | 4,192.88 |
| Per Diem | 50.00 | 4.00 | 200.00 | 1,450.00 |
| Shop/Deliv | 14.00 | 24.75 | 346.50 | 346.50 |
| **Gross Earnings** | | **226.75** | **1,665.61** | **10,396.37** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 13.46 | 617.11 |
| MED | | | 10.09 | 87.39 |
| ND | | | 0.00 | 31.00 |
| SS | | | 43.16 | 373.69 |
| **Taxes** | | | **66.71** | **1,109.19** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| AFLAC PreTax | 90.95 | 363.80 |
| Dental Ins | 21.71 | 85.84 |
| Medical Ins | 561.00 | 2,244.00 |
| Vision | 6.70 | 26.49 |
| **Deductions** | **680.36** | **2,720.13** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| Us Bank NA | C | ***3301 | 918.54 |
| **Total Direct Deposits** | | | **918.54** |

| **Benefits** | **Amount** | **YTD** |
|---|---|---|
| ER Cost Ch | 0.59 | 1.77 |
| ER Cost of | 13.76 | 40.65 |
| ER Cost of | 2.33 | 6.99 |
| ER Cost of | 2.51 | 6.46 |
| Other | **242.08** | **726.39** |

Newkota Services and Rentals | 925 72nd NE Ave  Minot, ND 58703 | (701) 858-6008 | FEIN: 45-2055265 | ND: 1183796

Newkota Services and Rentals  
925 72nd NE Ave  
Minot, ND 58703

paylocity

Direct Deposit Advice

| | Check Date | | Voucher Number |
|---|---|---|---|
| | March 1, 2024 | | 11044 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***3301 | 708.62 |
| **Total Direct Deposits** | | | **708.62** |

97689   100   1842  11044  10240      97689

William C Schilling  
1403 35th Ave SW  
Minot, ND  58701

Non Negotiable - This is not a check - Non Negotiable

## Non Negotiable - This is not a check - Non Negotiable

### Newkota Services and Rentals

**William C Schilling**                                                                                                        **Earnings Statement**

| Employee ID | **1842** | Fed Taxable Income | **670.89** | Check Date | **March 1, 2024** | Voucher Number | **11044** |
| Location | **100** | Fed Filing Status | **M** | Period Beginning | **February 4, 2024** | Net Pay | **708.62** |
| Hourly | **$23.00** | State Filing Status | **M** | Period Ending | **February 17, 2024** | Total Hours Worked | **12.50** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Admin Mile | | | | 198.99 |
| Drive Time | | | | 470.00 |
| ER Cost of | | 0.00 | 5.93 | 19.66 |
| ER Cost of | | 0.00 | 2.77 | 10.95 |
| Field | 23.00 | 40.00 | 920.00 | 4,658.00 |
| Overtime | 34.50 | 12.50 | 431.25 | 4,624.13 |
| Per Diem | 50.00 | 2.00 | 100.00 | 1,550.00 |
| Shop/Deliv | | | | 346.50 |
| **Gross Earnings** | | **54.50** | **1,451.25** | **11,847.62** |

| **Taxes** | | | **Amount** | **YTD** |
|---|---|---|---|---|
| FITW | | | 10.94 | 628.05 |
| MED | | | 9.73 | 97.12 |
| ND | | | 0.00 | 31.00 |
| SS | | | 41.60 | 415.29 |
| **Taxes** | | | **62.27** | **1,171.46** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| AFLAC PreTax | 90.95 | 454.75 |
| Dental Ins | 21.71 | 107.55 |
| Medical Ins | 561.00 | 2,805.00 |
| Vision | 6.70 | 33.19 |
| **Deductions** | **680.36** | **3,400.49** |

| **Direct Deposits** | **Type Account** | **Amount** |
|---|---|---|
| Us Bank NA | C   ***3301 | 708.62 |
| **Total Direct Deposits** | | **708.62** |

| **Benefits** | **Amount** | **YTD** |
|---|---|---|
| ER Cost Ch | 0.59 | 2.36 |
| ER Cost of | 13.76 | 54.41 |
| ER Cost of | 2.33 | 9.32 |
| ER Cost of | 3.21 | 9.67 |
| Other | **242.08** | **968.47** |

Newkota Services and Rentals | 925 72nd NE Ave  Minot, ND 58703 | (701) 858-6008 | FEIN: 45-2055265 | ND: 1183796

**Newkota Services and Rentals**
925 72nd NE Ave
Minot, ND 58703

paylocity

Direct Deposit Advice

| | | Check Date | Voucher Number |
|---|---|---|---|
| | | March 15, 2024 | 11128 |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***3301 | 1,923.80 |
| **Total Direct Deposits** | | | **1,923.80** |

DIRECT DEPOSIT VOUCHER

97689   100   1842   11128   10317   97689

Non Negotiable - This is not a check - Non Negotiable

William C Schilling
1403 35th Ave SW
Minot, ND  58701

## Non Negotiable - This is not a check - Non Negotiable

### Newkota Services and Rentals

**William C Schilling**                                                                                                 **Earnings Statement**

| Employee ID | 1842 | Fed Taxable Income | 2,306.77 | Check Date | March 15, 2024 | Voucher Number | 11128 |
| Location | 100 | Fed Filing Status | M | Period Beginning | February 18, 2024 | Net Pay | 1,923.80 |
| Hourly | $23.00 | State Filing Status | M | Period Ending | March 2, 2024 | Total Hours Worked | 33.25 |

| Earnings | Rate | Hours | Amount | YTD |
|---|---|---|---|---|
| Admin Mile | | | | 198.99 |
| Drive Time | | | | 470.00 |
| ER Cost of | | 0.00 | 5.93 | 25.59 |
| ER Cost of | | 0.00 | 2.77 | 13.72 |
| Field | 23.00 | 80.00 | 1,840.00 | 6,498.00 |
| Overtime | 34.50 | 33.25 | 1,147.13 | 5,771.26 |
| Per Diem | | | | 1,550.00 |
| Shop/Deliv | | | | 346.50 |
| **Gross Earnings** | | **113.25** | **2,987.13** | **14,834.75** |

| Taxes | | | Amount | YTD |
|---|---|---|---|---|
| FITW | | | 200.50 | 828.55 |
| MED | | | 33.45 | 130.57 |
| ND | | | 6.00 | 37.00 |
| SS | | | 143.02 | 558.31 |
| **Taxes** | | | **382.97** | **1,554.43** |

| Deductions | Amount | YTD |
|---|---|---|
| AFLAC PreTax | 90.95 | 545.70 |
| Dental Ins | 21.71 | 129.26 |
| Medical Ins | 561.00 | 3,366.00 |
| Vision | 6.70 | 39.89 |
| **Deductions** | **680.36** | **4,080.85** |

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***3301 | 1,923.80 |
| **Total Direct Deposits** | | | **1,923.80** |

| Benefits | Amount | YTD |
|---|---|---|
| ER Cost Ch | 0.59 | 2.95 |
| ER Cost of | 13.76 | 68.17 |
| ER Cost of | 2.33 | 11.65 |
| ER Cost of | 3.21 | 12.88 |
| Other | 242.08 | 1,210.55 |

Newkota Services and Rentals | 925 72nd NE Ave  Minot, ND 58703 | (701) 858-6008 | FEIN: 45-2055265 | ND: 1183796

**Newkota Services and Rentals**
925 72nd NE Ave
Minot, ND 58703

paylocity

Direct Deposit Advice

| | | **Check Date** | **Voucher Number** |
|---|---|---|---|
| | | March 29, 2024 | 11218 |

DIRECT DEPOSIT VOUCHER

| Direct Deposits | Type | Account | Amount |
|---|---|---|---|
| Us Bank NA | C | ***3301 | 2,752.62 |
| **Total Direct Deposits** | | | **2,752.62** |

97689   100   1842   11218   10399          97689

**William C Schilling**
1403 35th Ave SW
Minot, ND  58701

*Non Negotiable - This is not a check - Non Negotiable*

## Non Negotiable - This is not a check - Non Negotiable

### Newkota Services and Rentals

**William C Schilling**                                                                                         **Earnings Statement**

| | | | | | | |
|---|---|---|---|---|---|---|
| Employee ID | **1842** | Fed Taxable Income | **3,289.00** | Check Date | **March 29, 2024** | Voucher Number **11218** |
| Location | **100** | Fed Filing Status | **M** | Period Beginning | **March 3, 2024** | Net Pay **2,752.62** |
| Hourly | **$23.00** | State Filing Status | **M** | Period Ending | **March 16, 2024** | Total Hours Worked **42.00** |

| **Earnings** | **Rate** | **Hours** | **Amount** | **YTD** |
|---|---|---|---|---|
| Admin Mile | | | | 198.99 |
| Drive Time | | | | 470.00 |
| ER Cost of | | 0.00 | 5.93 | 31.52 |
| ER Cost of | | 0.00 | 2.77 | 16.49 |
| Field | 23.00 | 80.00 | 1,840.00 | 8,338.00 |
| Overtime | 34.50 | 42.00 | 1,449.00 | 7,220.26 |
| Per Diem | 50.00 | 3.00 | 150.00 | 1,700.00 |
| Shop/Deliv | | | | 346.50 |
| **Gross Earnings** | | **125.00** | **3,439.00** | **18,273.75** |

| **Taxes** | | **Amount** | **YTD** |
|---|---|---|---|
| FITW | | 409.77 | 1,238.32 |
| MED | | 47.69 | 178.26 |
| ND | | 25.00 | 62.00 |
| SS | | 203.92 | 762.23 |
| **Taxes** | | **686.38** | **2,240.81** |

| **Deductions** | **Amount** | **YTD** |
|---|---|---|
| AFLAC PreTax | | 545.70 |
| Dental Ins | | 129.26 |
| Medical Ins | | 3,366.00 |
| Vision | | 39.89 |
| | | **4,080.85** |

| **Direct Deposits** | **Type** | **Account** | **Amount** |
|---|---|---|---|
| Us Bank NA | C | ***3301 | 2,752.62 |
| **Total Direct Deposits** | | | **2,752.62** |

| **Benefits** | **Amount** | **YTD** |
|---|---|---|
| ER Cost Ch | 0.59 | 3.54 |
| ER Cost of | 13.76 | 81.93 |
| ER Cost of | 2.33 | 13.98 |
| ER Cost of | 3.21 | 16.09 |
| Other | **242.08** | **1,452.63** |

Newkota Services and Rentals | 925 72nd NE Ave  Minot, ND 58703 | (701) 858-6008 | FEIN: 45-2055265 | ND: 1183796