United States Bankruptcy Court
District of North Dakota

In re:                                                                                          Case No. 24-30136-skh
Haley Schilling                                                                                 Chapter 7
William Schilling
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0868-3        User: admin        Page 1 of 1
Date Rcvd: Apr 22, 2024        Form ID: ntcinco        Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 24, 2024:**

Recip ID        Recipient Name and Address
db/jdb        + Haley Schilling, William Schilling, 1403 35th Ave, SW, Minot, ND 58701-8425

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 24, 2024        Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 22, 2024 at the address(es) listed below:

**Name**        **Email Address**

Gene W Doeling
       heather@kaler-doeling.com mn20@ecfcbis.com

Maurice VerStandig
       on behalf of Joint Debtor William Schilling mac@mbvesq.com
       mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Maurice VerStandig
       on behalf of Debtor Haley Schilling mac@mbvesq.com
       mac@dakotabankruptcy.com;verstandig.mauricer104982@notify.bestcase.com;verstandiglaw@recap.email

Robert B. Raschke
       USTPRegion12.SX.ECF@usdoj.gov

TOTAL: 4

ntcinco (12/23)

# UNITED STATES BANKRUPTCY COURT
## District of North Dakota

In Re:

Haley Schilling
William Schilling

Debtor(s)

Chapter 7
Bankruptcy No.
*24−30136*

## NOTICE OF INCOMPLETE FILING

NOTICE IS HEREBY GIVEN that the following deficiencies exist in this bankruptcy case:

| | |
|---|---|
| ☐ *Voluntary Petition* | ☐ *Declaration Concerning Schedules* |
| ☐ *Part 5 of Vol. Pet.* | ☑ *Payment Advices or Stmt Concerning Pymt Advices (local form)(Debtor 1)* |
| ☐ *Ch. 11 (B201A)* | ☑ *Payment Advices or Stmt Concerning Pymt Advices (local form)(Debtor 2)* |
| ☐ *Schedule A−J* | ☐ *Summary of Assets and Liabilities and Certain Statistical Information* |
| ☐ *Schedule A/B* | ☐ *Summary of Assets and Liabilities for Non−Individuals* |
| ☐ *Schedule C* | ☐ *Statement of Financial Affairs* |
| ☐ *Schedule D* | ☐ *Attorney's Disclosure of Compensation* |
| ☐ *Schedule E/F* | ☐ *Chapter 7 Statement of Current Monthly Income* |
| ☐ *Schedule G* | ☐ *Chapter 13 Statement of Current Monthly Income and Calculation Period* |
| ☐ *Schedule H* | ☐ *Chapter 11 Statement of Current Monthly Income* |
| ☐ *Schedule I* | ☐ *Corporate Ownership Statement* |
| ☐ *Schedule J* | ☐ *Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims* |
| ☐ *Creditor Mailing List* | ☐ *Missing Signatures* |
| | ☐ *Statement About Your Social Security Number (do not file electronically)* |
| | ☐ *Outdated Forms. File revised forms checked above.* |

NOTE: Missing documents WILL NOT DELAY the sending of notices by the Court.

If debtor(s) do not cure the deficient items subject to 11 U.S.C. § 521(i)(l) within 45 days after the date of filing, the case will be automatically dismissed without further notice or hearing.

Dated: April 22, 2024

**Kay A. Melquist**
Clerk, U.S. Bankruptcy Court, Quentin N. Burdick U.S. Courthouse
655 1st Avenue North, Suite 210, Fargo, ND 58102−4932

BY: /s/Michael Kloberdanz
Deputy Clerk