Certificate Number: 16339-ND-DE-038420439

Bankruptcy Case Number: 24-30136



16339-ND-DE-038420439

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 26, 2024, at 10:25 o'clock PM EDT, William Schilling completed a course on personal financial management given by telephone by Second Bankruptcy Course, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of North Dakota.

Date: April 26, 2024

By: /s/Kelley Tipton

Name: Kelley Tipton

Title: Certified Financial Counselor