# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 24-30136 |
| | ) | Chapter 7 |
| Haley Schilling, | ) | |
| William Schilling, | ) | **MOTION TO DISMISS** |
| | ) | **(WITH NOTICE)** |
| Debtors. | ) | |
| | ) | |

Gene W. Doeling, the bankruptcy trustee in this case, respectfully requests that the Court order this case be dismissed. The trustee makes the following allegations.

This bankruptcy case was filed on April 5, 2024. The 341 meeting for this case, originally scheduled for May 9, 2024, was continued to June 7, 2024 at debtors' counsel's request. At that time, debtors had not yet provided copies of their driver's licenses or social security cards to the trustee for identification verification, tax returns, or bank statements. On June 6, the 341 meeting was again continued to June 27 as the debtors still have not provided to the trustee copies of their bank statements. The trustee's office sent debtors' counsel emails on May 2, May 30, June 6, and June 20 requesting this documentation with no response. The trustee has been unable to conduct his examination of the debtors and investigate their financial affairs as a result of the debtors' inactions.

THEREFORE, the bankruptcy trustee respectfully requests that this case be dismissed.

**NOTICE OF MOTION:** Your rights may be affected in this action. You should read these papers carefully and discuss the matters with your attorney if you have one. If you want the court to consider your views you should file a written response to the action within 14 days of the date of mailing of this document, and file the response with the Clerk of Bankruptcy Court and a copy served upon the U.S. Trustee and Bankruptcy Trustee. If you do not take this step the court may assume that you do not oppose the action and the court may enter an Order approving the request made in these legal documents.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN 55415 | below) |

DATED: June 26, 2024                    /s/ Gene W. Doeling
                                        Gene W. Doeling, Trustee
                                        PO Box 9231
                                        Fargo, ND 58106-9231
                                        (701) 232-8757

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 24-30136 |
| | ) | Chapter 7 |
| Haley Schilling, | ) | |
| William Schilling, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Debtors. | ) | |
| | ) | |

  Gene W. Doeling of Fargo, ND, swears that on June 26, 2024, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

## MOTION TO DISMISS (WITH NOTICE)

to the parties listed below:

Haley & William Schilling
1403 35th Ave, SW
Minot, ND  58701

Maurice VerStandig, on behalf of the debtors, mac@dakotabankruptcy.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov


        /s/  Gene W. Doeling
          Gene W. Doeling