## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 24-30136 |
| | ) | Chapter 7 |
| Haley Schilling, | ) | |
| William Schilling, | ) | **MOTION TO EXTEND TIME TO** |
| | ) | **OBJECT TO DEBTORS' DISCHARGE** |
| Debtors. | ) | **WITH NOTICE** |
| | ) | |

Gene W. Doeling, the bankruptcy trustee, respectfully requests that the Court issue an order extending the deadline for the trustee to object to the debtors' discharge. The trustee has filed a motion to dismiss the debtors' bankruptcy case. The deadline to object to that pending motion is July 10, 2024. The debtors' discharge should be delayed until the Court has ruled on the motion to dismiss the debtors' bankruptcy case. If the Court grants the trustee's motion to dismiss, this motion to extend will be moot. However, if the Court denies the motion to dismiss or the trustee withdraws the motion prior to July 10, the trustee will still require adequate time to complete his investigation and conduct the meeting of creditors in this case.

The existing deadline to object to discharge is July 8, 2024 and the trustee respectfully requests that the Court extend the deadline approximately 60 days to September 6, 2024.

**NOTICE OF MOTION:** You are hereby notified that the Bankruptcy Trustee has made a Motion to Extend the Deadline to Object to Debtor's Discharge. Any objection to that motion must be filed with the Clerk of Bankruptcy Court and served upon the Bankruptcy Trustee not later than fourteen days from this date. If you fail to object within this time frame, the Court may assume that you do not oppose this Motion and will act on it accordingly.

| | | |
|---|---|---|
| Clerk, U.S. Bankruptcy Court | United States Trustee | Trustee |
| Quentin N. Burdick U.S. Courthouse | 300 S. 4th Street | (See |
| 655 First Ave. N. – Suite 210 | Suite 1015 | address |
| Fargo, ND 58107-4932 | Minneapolis, MN 55415 | below) |

DATED: June 26, 2024        /s/ Gene W. Doeling
                            Gene W. Doeling
                            Bankruptcy Trustee
                            P.O. Box 9231
                            Fargo, ND 58106-9231
                            (701) 232-8757

## **VERIFICATION**

I, Gene W. Doeling, the bankruptcy trustee for the Haley and William Schilling bankruptcy, under the laws of the United States state that the foregoing is true and correct according to the best of my knowledge.

Dated this 26th day of June, 2024.

/s/ Gene W. Doeling
Gene W. Doeling

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| In re: | ) | Bky. Case No. 24-30136 |
| | ) | Chapter 7 |
| Haley Schilling, | ) | |
| William Schilling, | ) | **CERTIFICATE OF SERVICE** |
| | ) | |
| Debtors. | ) | |
| | ) | |

     Gene W. Doeling of Fargo, ND, swears that on June 26, 2024, he mailed in first class postage-paid envelopes and deposited same in the post office at Fargo, ND, or served electronically at the given e-mail address a copy of the following:

**MOTION TO EXTEND TIME TO OBJECT TO DEBTORS' DISCHARGE
WITH NOTICE**

to the parties listed below:

Haley & William Schilling
1403 35th Ave, SW
Minot, ND  58701

Maurice VerStandig, on behalf of the debtors, mac@dakotabankruptcy.com

U.S. Trustee, USTPRegion12.SX.ECF@usdoj.gov


                                       /s/  Gene W. Doeling
                                          Gene W. Doeling